## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY L. GEORGE | * | CIVIL ACTION NO. _____ |
| | * | |
| VS. | * | SECTION "___" _____ |
| | * | |
| MARQUETTE TRANSPORTATION | * | JUDGE _____ |
| COMPANY GULF-INLAND, LLC, and | * | |
| MARQUETTE TRANSPORTATION | * | MAGISTRATE _____ |
| COMPANY, LLC | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### **COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

1.

The Complaint for Damages of ANTHONY L. GEORGE, a person of majority age, with respect represents:

2.

Made Defendants herein are MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC and MARQUETTE TRANSPORTATION COMPANY, LLC, both of which are qualified to do and doing business in the State and judicial district at all times.

3.

On or about June 6, 2015, Defendant, MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC and/or MARQUETTE TRANSPORTATION COMPANY, LLC, owned, operated and controlled a towing vessel, and Defendant, MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC and/or MARQUETTE TRANSPORTATION COMPANY,

LLC, employed Plaintiff, ANTHONY L. GEORGE, as a seaman, lead man and relief mate on said vessel, for which job Plaintiff earned approximately $50,000 annually, plus found and fringe benefits.

4.

On or about June 6, 2015, while the towing vessel was in navigable waters, Plaintiff sustained severe, painful, and disabling injuries to his right foot, right ankle, hip, back, and other parts of his body as a result of the negligence of Defendants, MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC and MARQUETTE TRANSPORTATION COMPANY, LLC. Plaintiff was injured when he stepped from an empty barge onto the fleet deck. His right foot became caught in rigging material that had been left on the fleet deck, causing Plaintiff to twist his foot and fall on the deck.

5.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disability and loss of wages and wage earning earning capacity, for which Plaintiff seeks and is entitled to recover from Defendants, compensatory damages in an amount reasonable under the circumstances of this cause, plus found and fringe benefits.

6.

Plaintiff brings this cause of action against the aforesaid Defendants pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

## **AND FOR A SECOND CAUSE OF ACTION**

7.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if re-pled in their entirety.

8.

As a result of shipboard injuries described herein which manifested themselves while Plaintiff was in the service of the towing vessel. Plaintiff has sought reasonable and necessary medical treatment and is entitled to maintenance at a rate $40.00 per day.

9.

The Defendants are aware of Plaintiff's need for medical care for the injury caused by and manifested while Plaintiff was in the service of its vessel, which treatment Plaintiff continues to need, wants and intends to undergo and has also requested that Defendants authorize and pay for his prescribed medical treatment.

10.

Despite Plaintiff's request, the Defendants have arbitrarily, capriciously and without legal cause, failed and/or refused to investigate Plaintiff's claim of entitlement to cure and to authorize pay for his necessary medical treatment and pay maintenance of $40.00 per day.

11.

As a result of Defendants' negligence, willful, arbitrary and capricious failure to investigate Plaintiff's cure claim, provide prescribed medical treatment for Plaintiff's injuries and pay maintenance benefits, Plaintiff's physical and mental pain and suffering have been aggravated and intensified and his recovery has been prolonged, delayed and impaired.

12.

By reason of the foregoing, Plaintiff seeks, and is entitled to recover from Defendants, all expenses associated with necessary reasonable medical care from June 6, 2015 until he reaches maximum medical cure according to his treating physician, and continue payment of maintenance at $40.00 per day retroactive to the date Plaintiff became unfit for duty as a result of the incident.

13.

By reason of the foregoing, Plaintiff is further entitled to recover punitive damages for Defendants' refusal to honor its cure obligation in an amount to be determined by this Honorable Court, plus reasonable attorney's fees in an amount to be set by this Court because Plaintiff had to retain counsel to pursue this cause of action.

14.

Plaintiff brings this second cause of action against the aforesaid Defendants pursuant to the Jones Act, 46 U.S.C. §30104 et seq.

**WHEREFORE**, Plaintiff, ANTHONY L. GEORGE, prays for judgment in his favor and against Defendants, MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC and MARQUETTE TRANSPORTATION COMPANY, LLC., for past and future maintenance and cure and for compensatory damages in an amount reasonable under the circumstances of this cause, for punitive damages due to Defendants' willful failure to pay maintenance and cure and reasonable attorneys' fees incurred in prosecution of his maintenance and cure cause of action, and for all taxable costs and interest as allowed by law, and for any additional general and equitable relief to which Plaintiff may be entitled.

        Respectfully submitted,

        /s/ Paul M. Sterbcow
        Paul M. Sterbcow (LSB No. 17817)
        Beth E. Abramson (LSB No. 27350)
        LEWIS, KULLMAN, STERBCOW & ABRAMSON
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        Telephone: (504)588-1500
        Fax: (504)588-1514
        Email: sterbcow@lksalaw.com
        Email: babramson@lksalaw.com

OF COUNSEL
Matthew D. Shaffer, Esq.
Texas Bar #18085600
Schechter, McElwee, Shaffer, & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas 77006-3636
(713) 524-3500 Telephone
(713) 751-0412 Facsimile
mshaffer@smslegal.com

**PLEASE SERVE:**
**MARQUETTE TRANSPORTATION COMPANY, LLC**
Through its registered agent:
Cossich, Sumich & Parsiola, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037

AND

**PLEASE SERVE:**
**MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC**
Through its registered agent:
Cossich, Sumich & Parsiola, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037

5